**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF WEST VIRGINIA**
**CLARKSBURG DIVISION**

| | |
|---|---|
| JESSICA DODD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:15-cv-00017-IMK |
| | ) |
| CREDIT ONE FINANCIAL | ) |
| d/b/a Credit One Bank, N.A., | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF SETTLEMENT**

NOW COMES the Plaintiff, JESSICA DODD, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 60 days.

Plaintiff therefore requests that this honorable Court vacate all dates currently set on calendar for the present matter.

RESPECTFULLY SUBMITTED,

By: /s/ Ann Marie Morelli

Ann Marie Morelli Bar ID#: 12010
MORELLI LAW
Of Counsel Krohn & Moss
3146 Main Street, Suite A
Weirton , WV 26062
Phone: (304) 224-2143
Fax: (304) 224-2904
ammorelli@lexmail.com
Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 22, 2014, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System.  A copy of said Notice was electronically submitted to all parties by the Court's CM/ECF system.

/s/ Ann Marie Morelli  
Ann Marie Morelli  
Attorney for Plaintiff
