IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF WEST VIRGINIA
CLARKSBURG DIVISION

| | |
|---|---|
| JESSICA DODD, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:15-cv-00017-IMK |
| CREDIT ONE FINANCIAL d/b/a Credit One Bank, N.A., | ) ) ) ) |
| Defendant. | ) |

## VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, Jessica Dodd by and through the undersigned counsel., hereby voluntarily dismisses the above-entitled case with prejudice.

RESPECTFULLY SUBMITTED,

By: /s/ Ann Marie Morelli

Ann Marie Morelli Bar ID#: 12010
MORELLI LAW
Of Counsel Krohn & Moss
3146 Main Street, Suite A
Weirton , WV 26062
Phone: (304) 224-2143
Fax: (304) 224-2904
ammorelli@lexmail.com
Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 19, 2015, I electronically filed the foregoing Notice of Voluntary Dismissal with the Clerk of the Court by using the CM/ECF System. A copy of said Notice was electronically submitted to all parties by the Court's CM/ECF system.

/s/ Ann Marie Morelli
Ann Marie Morelli
Attorney for Plaintiff
